# Pazer & Epstein, P.C.

ATTORNEYS AT LAW
20 VESEY STREET
NEW YORK, NEW YORK 10007
(212) 227-1212

PERRY PAZER
MARK J. EPSTEIN
MICHAEL JAFFE
JONATHAN N. PAZER
MATTHEW J. FEIN
EUGENE GOZENPUT

FACSIMILE (212) 374-1778
SUFFOLK OFFICE
1776 E. JERICHO TURNPIKE
HUNTINGTON, N.Y. 11743
(631) 864-2429

July 24, 2007

Honorable Victor Marrero
United States District Judge
Southern District of New york
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

BY FAX: 212-805-6382

Re: Jesse Rosen v. City of New York, et. al.
07-CV-6018 (VM)

Your Honor:

With reference to the above-captioned action, I write in response to the letter of Corporation Counsel of the City of New York dated July 19, 2007, wherein defense counsel indicates my prior request of the Court regarding the issues surrounding the "50-h" defense are now moot. I have been away from my office and only had an opportunity to read defense counsel's letter upon my return this morning.

Respectfully, the issues are not moot absent a Court order resolving same or a written stipulation from defense counsel filed with the Court. While plaintiff, Jesse Rosen, anticipates being released from prison on August 16, 2007, at which time a 50-h hearing can be held and an answer issued thereafter, there is, of course, no guarantee that Mr. Rosen will be released at that time. In the event of any delay in Mr. Rosen's release, or a delay in the holding of the 50-h hearing, the issue of the "50-h" defense will remain a jurisdictional problem for plaintiff's case.

I note that while defense counsel indicates to Your Honor a willingness to hold the hearing upon plaintiff's release from jail, defense counsel never indicates in his letter to Your Honor that he is going to waive the defense of the failure to hold a 50-h hearing. It is precisely because the issue remains outstanding, without Court order or an unconditional indication in writing from defense counsel that the issue will not be raised in defendants' answer, that the conference is requested before Your Honor, again with apologies for burdening the court with procedural matters.

Page 2.
Hon. Victor Marrero
Re:   07-CV-6018 (VM) / Rosen v. City of New York, et. al.

    In light of the above, I again respectfully request that a conference be held before Your Honor to resolve this issue so that we may proceed to the substantive issues of this action without further burdening the Court.

    Thank you for your consideration herein.

                                Sincerely yours,

                                PAZER & EPSTEIN, P.C.

                                BY:  MICHAEL JAFFE

MJ;dr

Cc:   Corporation Counsel (Jordan Smith, Esq.) – by fax: 212-788-9776