UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JESSE ROSEN,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, PRISON HEALTH SERVICES, INC., MARTIN F. HORN, Commissioner of the New York City Department of Correction, OFFICER JOHN DOE, said name being fictitious, being intended to designate the City of New York Correction Officer designated herein, OFFICER RICHARD ROE, said name being fictitious, being intended to designate the City of New York Correction Officer involved in the action herein, and JOHN DOE, M.D., said name being fictitious, being intended to designate the physician involved in the action herein

                              Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ. 6721 (U.S. District Court for S.D.N.Y.)

07 Civ. 6018 (VM)(U.S. District Court for S.D.N.Y.)

Index No. 16753/07 (Supreme Court of the State of New York, Bronx County)

**PLEASE TAKE NOTICE** that **Jordan M. Smith**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant Prison Health Services, effective August 6, 2007.

Dated: New York, New York
       August 6, 2007

                    MICHAEL A. CARDOZO
                    Corporation Counsel
                        of the City of New York
                    Attorney for Defendants
                    100 Church Street, Room 3-141
                    New York, New York 10007
                    (212) 788-0869

By: _____
    Jordan M. Smith (JS 7186)
    Assistant Corporation Counsel
    Special Federal Litigation Division

To:    Michael Jaffe, Esq. (by ECF and hand delivery)
       Pazer & Epstein, P.C.
       Attorneys for Plaintiff
       20 Vesey Street, #700
       New York, NY 10007
       (212) 227-1212