```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JESSE ROSEN,                        :
                                    :    07 Civ. 6018 (VM)
                    Plaintiff,      :
                                    :
      - against -                   :
                                    :
THE CITY OF NEW YORK et al.,        :
_____     :
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
JESSE ROSEN,                        :
                                    :    07 Civ. 6721 (VM)
                    Plaintiff,      :
                                    :
      - against -                   :
                                    :
THE CITY OF NEW YORK et al.,        :    ORDER
                                    :
                    Defendants.     :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-15-07

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert the same or substantially similar causes of action against the same defendants and that the parties in all the actions are represented by the same counsel. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all purposes;

and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 07 Civ. 6018; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 07 Civ. 6721, as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         15 August 2007

_____
Victor Marrero
U.S.D.J.