UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

JESSE ROSEN,

                                          Plaintiff,

               -against-

THE CITY OF NEW YORK, NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION, PRISON HEALTH
SERVICES, INC., MARTIN F. HORN, Commissioner of the
New York City Department of Correction, OFFICER JOHN
DOE, said name being fictitious, being intended to designate the
City of New York Correction Officer designated herein,
OFFICER RICHARD ROE, said name being fictitious, being
intended to designate the City of New York Correction Officer
designated herein, and JOHN DOE, M.D., said name being
fictitious, being intended to designate the physician involved in
the action herein,

                                          Defendants.

-----------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 6018 (VM)(THK)

        **PLEASE TAKE NOTICE** that **CRAIG HANLON**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, New York City Health and Hospitals Corporation, Prison Health Services, Inc. and Commissioner Martin F. Horn, having replaced Jordan M. Smith, effective April 11, 2008.

Dated: New York, New York
       April 11, 2008

                          MICHAEL A. CARDOZO
                          Corporation Counsel, City of New York
                          Attorney for Defendants City of New York, New York City Health and Hospitals Corporation, Prison Health Services, Inc. and Commissioner Martin F. Horn
                          100 Church Street, Room 3-198
                          New York, New York 10007
                          (212) 788-1580

                    By: _____
                          Craig Hanlon (CH 5679)
                          Assistant Corporation Counsel
                          Special Federal Litigation Division

CC:   Michael Jaffe, Esq. (by ECF)
       Pazer & Epstein, P.C.
       Attorneys for Plaintiff
       20 Vesey Street, # 700
       New York, NY 10007
       (212) 227 – 1212

Index No. 07 CV 6018 (VM)(THK)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JESSE ROSEN,<br><br>                                                  Plaintiff,<br><br>                     -against-<br><br>THE CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, PRISON HEALTH SERVICES, INC., MARTIN F. HORN, Commissioner of the New York City Department of Correction, OFFICER JOHN DOE, said name being fictitious, being intended to designate the City of New York Correction Officer designated herein, OFFICER RICHARD ROE, said name being fictitious, being intended to designate the City of New York Correction Officer designated herein, and JOHN DOE, M.D., said name being fictitious, being intended to designate the physician involved in the action herein,<br><br>                                                  Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants City of New York, New York City Health and Hospitals Corporation, Prison Health Services, Inc. and Commissioner Martin F. Horn*<br><br>*100 Church Street*<br>*New York, N.Y. 10007*<br>*Of Counsel: Craig Hanlon*<br><br>Tel: (212) 788-1580<br>NYCLIS No. |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.* ................................................, 2008<br><br>................................................ *Esq.*<br><br>*Attorney for City of New York* |