UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JESSE ROSEN,

                              Plaintiff,

      -against-                                 **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, NEW YORK CITY                  07 Civ. 6018 (VM)(THK)
HEALTH AND HOSPITALS CORPORATION, PRISON
HEALTH SERVICES, INC., MARTIN F. HORN,
Commissioner of the New York City Department of
Correction, OFFICER JOHN DOE, said name being
fictitious, being intended to designate the City of New
York Correction Officer involved in the action herein, and
JOHN DOE, M.D., said name being fictitious, being
intended to designate the physician involved in the action
herein,

                              Defendants.

------------------------------------------------------------------------ x

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants The City of New York, New York Health and Hospitals Corporation, Prison Health Services, Inc. and Martin F. Horn and requests that all future papers in this action be served upon him at the address stated below.

Dated:  New York, New York
          April 15, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                          City of New York
                                          Attorney for Defendant City of New York
                                          100 Church Street, Room 3-312
                                          New York, New York 10007
                                          (212) 788-8698
                                          (212) 788-9776 – Fax

sstavrid@law.nyc.gov

By: _____/S/_____.
      Steve Stavridis
      Special Federal Litigation Division

To:    Michael Jaffe, Esq. (by ECF)
        Pazer & Epstein, P.C.
        20 Vesey Street
        New York, NY 10007