FROM : PAZER & EPSTEIN P.C.          FAX NO. :212 374 1778          Jun. 26 2008 05:58PM  P3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JESSE ROSEN,                                          07 -CV-6018 (VM) (THK)

                              Plaintiff,              **STIPULATION**

            -against-                                 + Order

THE CITY OF NEW YORK, NEW YORK CITY HEALTH,
AND HOSPITALS CORPORATION, PRISON HEALTH
SERVICES, INC., MARTIN F. HORN, Commissioner of
the New York City Department of Correction, OFFICER        USDC SDNY
JOHN DOE, said name being fictitious, being intended       DOCUMENT
to designate the City of New York Correction Officer       ELECTRONICALLY FILED
involved in the action herein, and JOHN DOE, M.D.,         DOC #:
said name being fictitious, being intended to designate    DATE FILED: 6/27/08
the physician involved in the action herein,

                              Defendant.
------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys

for the respective parties to this action, that the caption of this action shall be amended to read as

follows:


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSE ROSEN,

                              Plaintiff,

            -against -

THE CITY OF NEW YORK, NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION,
PRISON HEALTH SERVICES, INC., MARTH F.
HORN, Commissioner of the New York City
Department of Correction, CORRECTION OFFICER
DENNIS HLATKY and CAPTAIN YVETTE BALLARD,
And JOHN DOE, M.D., said name being fictitious, being
intended to designate the physician involved in the action
herein,

                              Defendants.
------------------------------------------------------------------X

**IT IS FURTHER STIPULATED AND AGREED**, that upon the amendment of

the caption and pleadings as above noted plaintiff shall serve amended pleadings on all named

defendants under the Docket Number herein; and

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties

to this action that this stipulation may be signed and countersigned in original or photostatic copy

and may be filed with the Court by any of the parties herein without further notice to any other

party.

Dated: New York, New York
      June 20, 2008

By: MICHAEL JAFFE, ESQ.
PAZER & EPSTEIN, P.C.
*Attorneys for Plaintiff*
20 Vesey Street, 7th Floor
New York, New York 10007
(212) 227-1212

By: STEVE STAVIRDIS, ESQ.
MICHAEL A. CARDOZO
Corporation Counsel
*Attorneys for Defendants*
100 Church Street
New York, New York 10007

**SO ORDERED**

6/27/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE