```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JESSE ROSEN,                        :
                                    :
                    Plaintiff,      :
                                    :
        -against-                   :     07 Civ. 6018 (VM) (THK)
                                    :
CITY OF NEW YORK,                   :
                                    :     SCHEDULING ORDER
                    Defendant.      :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED:

1. All discovery, including expert discovery, shall be completed by September 30, 2008. No further extensions will be granted.

2. A settlement conference shall be held on October 7, 2008 at 2:00 p.m. in courtroom 17D. The parties shall appear with meaningful authority likely to produce a settlement.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: August 8, 2008
       New York, New York

1